# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 15-180-2 |
| | : | |
| MARK WOODS | : | |
| | : | |

# ORDER

**AND NOW,** this 8th day of May, 2017, upon consideration of "Defendant, Mark Woods' Motion to Join Motions for Mistrial and Memoranda of Law Filed by Co-Defendants" (doc. no. 896), it is hereby **ORDERED** that Defendant's motion to join is **GRANTED**.

                    **BY THE COURT:**


                    **/s/ Mitchell S. Goldberg**
                    **Mitchell S. Goldberg, J.**