# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 15-180-2 |
| | : |
| MARK WOODS | : |
| | : |

## ORDER

**AND NOW,** this 31st day of July, 2017, upon consideration of "Defendant, Mark Woods' Motion to Join Post Trial Motions and Memoranda of Law Filed by Co-Defendants" (Doc. No. 957), it is hereby **ORDERED** that Defendant's motion to join is **GRANTED**.

**BY THE COURT:**

_/s/ Mitchell S. Goldberg____
**Mitchell S. Goldberg, J.**