IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KHALIL SMITH | : | No. 15-180-1 |
| MARK WOODS | : | No. 15-180-2 |
| TERRANCE MUNDEN | : | No. 15-180-5 |
| ROBERT HARTLEY | : | No. 15-180-6 |
| LEVERN JACKSON | : | No. 15-180-8 |
| | : | |

## ORDER

**AND NOW**, this 18th day of July, 2018, upon consideration of the March 31, 2017 oral Motion for Mistrial, "Legal Brief in Support of Defendant Khalil Smith's Motion for a Mistrial" (Doc. No. 772), "Motion for Judgment of Acquittal on Counts 1, 16, and 25" (Doc. No. 771), "Defendant's Motion for Judgment of Acquittal" (Doc. No. 967), "Defendant's Motion for New Trial" (Doc. No. 966), "Defendant Mark Woods's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c)(1)" (Doc. No. 887), "Legal Brief in Support of Defendant Mark Woods's Motion for an Arrest of Judgment" (Doc. No. 956), "Defendant Robert Hartley's Motion for Judgment of Acquittal, New Trial, and/or Arrest of Judgment Pursuant to Federal Rules of Criminal Procedure 29(c), 33(a), and 34, and Request for Leave to Supplement" (Doc. No. 876), "Defendant Levern Jackson's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 19(a)" (Doc. No. 770), "Defendant Levern Jackson's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(a) and for a New Trial Pursuant to Fed. R. Crim. P. 33" (Doc. No. 866), the Government's Response in Opposition (Doc. No. 1195), and Defendant Woods's Reply in Support (Doc. No. 1366), it is hereby **ORDERED** that Defendants' Motions are **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
MITCHELL S. GOLDBERG, J.